**No. P67/35.**—Gimbel Bros., Inc. *v.* United States, protest 66/535 (New York).

LANDIS, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of earthenware similar in all material respects to that the subject of *Justin Tharaud & Son, Inc.*, and *J. J. Murphey & Co.* v. *United States* (44 Cust. Ct. 216, C.D. 2177) and *United States* v. *M. & D. Miller, Inc.* (41 CCPA 226, C.A.D. 556), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, FEBRUARY 16, 1967

**No. P67/36.**—Getz Bros. & Co., Inc., et al. *v.* United States, protests 59/192755, etc. (New York).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of brass duo sink strainers similar in all material respects to those the subject of *Davies, Turner & Company* v. *United States* (55 Cust. Ct. 488, Abstract 69651), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, FEBRUARY 20, 1967

**No. P67/37.**—Weather-Rite Sportswear Co. Inc., *v.* United States, protest 65/14267 (Los Angeles).

RAO, C. J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of articles of synthetic rubber similar in all material respects to those the subject of *United States* v. *Weather-Rite Sportswear Co., Inc.* (52 CCPA 7, C.A.D. 848), the claim of the plaintiff was sustained.